IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-41639 |
| | § | |
| TIMOTHY W. YOUNG and | § | CHAPTER 13 |
| AMANDA R. YOUNG | § | |
|     Debtors | § | |
| | § | |
| | § | |
| FIRST INVESTORS FINANCIAL | § | |
| SERVICES, INC. by and through | § | |
| its Servicing Agent, | § | |
| FIRST INVESTORS SERVICING CORP. | § | |
|     Movant | § | |
| | § | |
| V. | § | |
| | § | |
| TIMOTHY W. YOUNG and | § | |
| AMANDA R. YOUNG and | § | |
| CAREY D. EBERT, TRUSTEE | § | |
|     Respondents | § | |

AFFIDAVIT IN SUPPORT OF MOTION OF
FIRST INVESTORS FINANCIAL SERVICES, INC. by and through its
Servicing Agent, FIRST INVESTORS SERVICING CORP.
FOR RELIEF FROM STAY

STATE OF Georgia        §
                        §
COUNTY OF Cobb          §

BEFORE ME, the undersigned authority, on this day personally appeared Affiant, who being by me first duly sworn, upon his/her oath deposed and stated as follows:

"My name is Dionna Powell. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

"At all times material to the transactions between FIRST INVESTORS FINANCIAL SERVICES, INC. by and through its Servicing Agent, FIRST INVESTORS SERVICING CORP. (hereinafter "First Investors Servicing Corporation") and TIMOTHY W. YOUNG and AMANDA R. YOUNG (hereinafter "Debtors"), I have been an employee for First

Investors Servicing Corporation, with actual possession of the permanent business records of the Company and with personal knowledge of all matters concerning the retail installment contract executed by Debtors on November 8, 2014, (hereinafter "the Contract"), and First Investors Servicing Corporation's security interest in a vehicle described as a 2013 KIA SOUL, Vehicle Identification Number KNDJT2A53D7771504 (hereinafter the "Vehicle"), relating to account number 0001. I have knowledge of the facts and circumstances contained in this affidavit as a result of my employment with First Investors Servicing Corporation by virtue of my review of the corporate records of First Investors Servicing Corporation and information given me by others, all of which I believe to be true and correct.

"I am the custodian of records of First Investors Servicing Corporation. Attached hereto marked as Exhibit "A" is the Retail Installment Contract and Certificate of Title from First Investors Servicing Corporation's records. These records are kept by First Investors Servicing Corporation in the regular course of business, and it was the regular course of business for an employee or representative with knowledge of the act, event, condition or opinion recorded to make the record or to transmit the information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the exact duplicates of the originals.

"Pursuant to the terms of the Contract, Debtors agreed to pay monthly the sum of $376.35 for a period of 64 months. There is at the time of this Affidavit a Contract balance of $15,208.37.

"The failure of the Debtors to make the Chapter 13 Plan payments timely according to the terms of the plan is highly prejudicial to First Investors Servicing Corporation due to the Vehicle's vulnerability to both physical and economic depreciation through Debtors' use of the Vehicle. This depreciation leaves First Investors Servicing Corporation in imminent danger of suffering irreparable harm through the Vehicle's loss of market value for which First Investors Servicing Corporation shall have no adequate remedy at law.

"In the course of my employment, I am familiar with the valuation of motor vehicles. By referring to documents, such as the aforementioned Contract and the Southwestern Edition of the March 2017, N.A.D.A. Official Used Car Guide (the "N.A.D.A."), I am able to express an opinion as to the value of the Vehicle. The N.A.D.A. reflects that the vehicle described in the Contract would have a base retail value of $9,750.00. It is, therefore, my opinion that the vehicle described in the Contract would have an appraised replacement value of $9,750.00. It is my experience that the N.A.D.A. is the industry standard for calculating the value for used motor vehicles. First Investors Servicing Corporation and the dealers with whom it conducts business rely on the N.A.D.A. for calculating the value of an automobile to the exclusion of all other publications.

"First Investors Servicing Corporation has been unable to verify that the Vehicle is insured in accordance with the terms of the Contract with named as loss payee in such insurance

policy. Insurance coverage on the Vehicle is an integral covenant of the Contract without which would never have financed the purchase of the Vehicle.

"First Investors Servicing Corporation is unaware of any other party asserting an interest in the Vehicle.

"I have read the above and foregoing affidavit, and every statement contained therein and herein is within my personal knowledge and is true and correct."

FURTHER, AFFIANT SAYETH NOT.

FIRST INVESTORS FINANCIAL SERVICES, INC.
by and through its Servicing Agent,
FIRST INVESTORS SERVICING CORP.

By: /s/ Dionna Powell

SUBSCRIBED AND SWORN TO before me by Dionna Powell, on this 20th day of March, 2017.

/s/ Virginia Nichols
NOTARY PUBLIC in and for the
STATE OF Georgia

