**MARK S. RUBIN (#17361550)**
**RUBIN & ASSOCIATES, P.C.**
**13601 PRESTON ROAD, SUITE 500E**
**DALLAS, TEXAS 75240**
**(214)760-7777**
**(214)747-4029 FAX**

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: TIMOTHY W. YOUNG § | CASE NO. | 15-41639-BTR |
| AMANDA R. YOUNG § | | |
| Debtors, § | CHAPTER 13 | |
| § | | |
| FIRST INVESTORS FINANCIAL § | | |
| SERVICES, INC. § | | |
| Movant § | | |
| v. § | | |
| TIMOTHY AND AMANDA YOUNG § | | |
| CAREY EBERT, Trustee § | | |
| Respondents § | | |

### ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Timothy and Amanda Young (hereinafter "Debtors") with this Answer to Motion for Relief from Automatic Stay filed by First Investors Financial Services, Inc. ("Movant"), and in support thereof would respectfully show the Court as follows:

1. Debtors admit the allegations contained in paragraph 1 of Movant's Motion for Relief from Automatic Stay (the "Motion").

2. Debtors admit the allegations contained in paragraph 2 of the Motion.

3. With respect to paragraphs 3 and 4 of the Motion, Debtor admits that Movant is a secured creditor of the Debtor. Debtor has insufficient knowledge or information to either admit or deny the remaining allegations contained in paragraphs 3 and 4 of the Motion.

4. With respect to paragraph 5 of the Motion, Debtor admits that Movant is a secured creditor of the Debtor. Debtor has insufficient knowledge or information to either admit or deny the remaining allegations contained in paragraph 5 of the Motion.

ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY--PAGE 1

5. Debtors deny the allegations contained in paragraph 6 of the Motion.

6. Debtors deny the allegations contained in paragraphs 7, 8 and 9 of the Motion

7. Anything not specifically admitted herein is hereby denied.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the Court deny the relief requested in the Motion and allow the automatic stay to continue pursuant to Section 362 of the Bankruptcy Code.

DATED: 4/5/17

>Respectfully submitted,
>
>**RUBIN & ASSOCIATES, P.C.**
>13601 Preston Road, Suite 500E
>Dallas, Texas 75240
>(214) 742-6900
>
>By:   /s/ Mark S. Rubin
>      Mark S. Rubin
>      State Bar No. 17361550

ATTORNEYS FOR DEBTOR

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via first class United States mail, postage prepaid to the following:

Carey Ebert, Chapter 13 Trustee
P.O. Box 941166
Plano, Texas 75094

William T. Neary, U.S. Trustee
110 N. College, Suite 300
Tyler, TX 75702

R. Christopher Naylor
Devlin, Naylor & Turbyfill
5120 Woodway, Suite 9000
Houston, Texas 77056-1725

DATED: 4/5/17

>/s/ Mark S. Rubin
>One of Counsel

ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY--PAGE 2